FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>JOSHUA S. LYNCH,<br><br>                    Defendant. | No.   1:20-cr-02021-SMJ<br><br>**ORDER ADOPTING PARTIES' STIPULATED PROTECTIVE ORDER REGARDING COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND** |

Before the Court, without oral argument, is the parties' Stipulation Regarding Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 16, and related motion to expedite, ECF No. 18. The parties have agreed to specific computer forensic procedures in accordance with 18 U.S.C. § 3509(m). The Court has reviewed the proposed stipulation, ECF No. 16, and finds good cause to adopt the stipulation.

Accordingly, **IT IS HEREBY ORDERED**:

**1.**     The parties' Stipulation Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 16**, and related motion to expedite, **ECF No. 18**, are **GRANTED**.

**2.**     The parties' Stipulated Protective Order Regarding Computer

Forensic Review Procedures for Child Pornography Contraband, **ECF No. 16-1**, is **ADOPTED** and **INCORPORATED** herein by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day of July 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge