PROB 12C
(6/16)

Report Date: December 7, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua S. Lynch                     Case Number: 0980 1:20CR02021-SAB-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 21, 2021

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | |
| Original Sentence: | Prison - 453 days<br>TSR - 240 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: September 22, 2021 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 21, 2041 |

## PETITIONING THE COURT

To issue a summons.

On September 30, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Lynch, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**:  You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256), including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256).<br><br>**Supporting Evidence**: On or about October 21 and 26, 2022, Joshua Lynch allegedly violated special condition number 7 by viewing pornography.<br><br>On October 26, 2022, this officer received the offender's weekly accountability report from Covenant Eyes; it identified 11 different instances of "unmonitored screen activity," all occurring on October 21, 2022.<br><br>On October 26, 2022, the undersigned contacted Mr. Lynch to discuss the accountability report. He initially suggested there was an issue with the Covenant Eyes program after it had been reinstalled. This officer challenged that suggestion as screen shots had been captured |

Prob12C
Re: Lynch, Joshua S
December 7, 2022
Page 2

by the software on that same date indicating Covenant Eyes was working properly. The offender subsequently admitted he had been searching for pornography on TubeH.com, PornHub.com, and other websites he could not recall, during which time his Internet usage was noted as "unmonitored screen activity."

On November 2, 2022, this officer again received the offender's weekly accountability report. That report identified seven different instances of "unmonitored screen activity" on October 26, 2022, but this officer noted that they all occurred before the undersigned was able to confront Mr. Lynch about his Internet usage.

Although the offender insists he was only searching for adult pornography, this officer is unable to independently verify that because the offender utilized software to circumvent Internet monitoring.

2   **Special Condition #4**: You must not use any software program or device designed to hide, alter or delete records/logs of your computer usage, Internet activities, or the files stored on the assigned computer. This includes the use of encryption, steganography (the art and science of hiding a message in a medium, such as a digital picture or audio file, so as to defy detection), and cache/cookie removal software.

**Supporting Evidence**: On October 21 and 26, 2022, Joshua Lynch allegedly violated special condition number 4 by using "incognito mode" in Google Chrome to circumvent computer monitoring while he searched the Internet for pornography.

On October 26, 2022, when confronted about "unmonitored screen activity" identified by Covenant Eyes, Mr. Lynch suggested there was an issue with the Covenant Eyes program after it had been reinstalled. The offender ultimately admitted he had been searching for pornography on TubeH.com, PornHub.com, and other websites he could not recall.

The offender stated that during instances of "unmonitored screen activity" he was using "incognito mode," an option in the Google Chrome browser that disables the user's browsing history and ultimately prohibiting Covenant Eyes from effectively monitoring his Internet usage.

Because the use of "incognito mode" is a violation of the above-stated condition, the offender has been instructed to not utilize this option while accessing the Internet.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/07/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Lynch, Joshua S**
**December 7, 2022**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Signature of Judicial Officer*

Signature of Judicial Officer

12/8/2022

Date